IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

GARY E. JACKSON                   §

VS.                               §            CIVIL ACTION NO. 5:09-CV-77

KEITH ROY, ET AL                  §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Gary E. Jackson, a prisoner formerly confined at the Federal Correctional

Institution in Texarkana, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Caroline M. Craven, United States

Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders

of this Court.  The Magistrate Judge recommends this action be dismissed.

The Court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No

objections to the report and recommendation have been filed by either party to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are

correct, and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered

in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 14th day of December, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE